# *UNITED STATES DISTRICT COURT*

***for the***

***District of Rhode Island***

RECEIVED
JUL 0 7 2004
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

***Case No. CR04-62T***

***To:*** ***Warden***
***ACI***
***Cranston, RI***

YOU ARE HEREBY COMMANDED, to have the **body of Tyson Ferrara,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **10:45 o'clock a.m.**, on the **21st** day of **July, 2004,** then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible] the court [illegible] defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: July 2, 2004.

David A. DiMarzio, Clerk

CHANGE OF PLEA HEARING

***By*** ____________________
***Dana Fernandes - Deputy Clerk***